**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7155**

_____

BON ALEXANDER STROUPE,

        Plaintiff - Appellant,

      v.

STEVE WHISNANT, Burke County Sheriff, in his individual and official capacity; GARY KISER, Reception, Burke County Supervisor, in his individual and official capacity; TAYLOR HAWKINS, Reception, Programmer/Encryptor, in his individual and official capacity; MICHAEL DAVID ANDERSON, Lt. Burke County Sheriff's Dept., Captain Burke County Jail, in his individual and official capacity,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:22-cv-00088-MR)

_____

Submitted:  April 20, 2023                     Decided:  April 25, 2023

_____

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bon Alexander Stroupe, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bon Alexander Stroupe appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm.  *Stroupe v. Whisnant*, No. 1:22-cv-00088-MR (W.D.N.C. Sept. 7, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*